**FILED**

SEP 2 1 2007

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY  DEP CLK

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Anthony Antonio Shepard          Docket No. 5:07-CR-201-1 D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Bonnie J. Medlin, probation officer of the court, presenting an official report upon the conduct of defendant, Anthony Antonio Shepard, who appeared for his arraignment and was placed under pretrial release supervision by the Honorable James C. Dever III, U.S. District Judge, sitting in the court at Raleigh, NC, on the 10th day of September, 2007, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Maintain or actively seek employment.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC § 802, unless prescribed by a licensed medical practitioner.

- Submit to any method of testing required by the supervising officer for determining whether the defendant is using a prohibited substance.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

Anthony Antonio Shepard
Docket No. 5:07-CR-201-1D
Petition For Action
Page 2

- Report weekly with Agent Hendricks of the Wilson Police Department.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 18, 2007, Mr. Shepard provided a urine specimen which tested positive for Cocaine and Opiates via our handheld instant testing device. The defendant admitted to taking the pain medication, Percocet. He denied Cocaine use claiming the substance entered his system when he touched the illegal substance during a "cocaine" buy the week before. The specimen was submitted to the lab for confirmation and on September 20, 2007, the lab confirmed that the specimen collected on September 18, 2007, was positive for Cocaine, Hydrocodone, Hydromorphone, and Oxycodone. The defendant reported having a prescription for Percocet which would have produced the positive for Oxycodone. He was instructed to provide a prescription verifying same but has failed to do so. Additionally, he has offered no prescription or explanation for the presence of Hydrocodone and Hydromorphone in his system.

**PRAYING THAT THE COURT WILL ORDER** that a warrant be issued for the defendant's arrest and a hearing scheduled to determine whether Anthony Shepard's pretrial supervision should be revoked.

I declare under penalty of perjury that the Foregoing is true and correct.

Bonnie J. Medlin
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Date: September 21, 2007

**ORDER OF COURT**

Considered and ordered this 21 day of September, 2007, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge