UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-201-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY ANTONIO SHEPARD | ORDER TO SEAL |

On motion of the Defendant, Anthony Antonio Shepard, and for good cause shown, it is hereby ORDERED that **DE 113** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _16_ day of September, 2021.

JAMES C. DEVER III
United States District Court Judge